NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL A. LICHT; PATRICIA A.   )
ANDREWS; and GUALARIO, LICHT &   )
ANDREWS, P.A.,   )
  )
      Appellants,   )
  )
v.   )     Case No. 2D18-154
  )
ANTHONY J. GUALARIO,   )
  )
      Appellee.   )
_____)

Opinion filed October 31, 2018.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

John F. Hooley of The Law Offices of
John F. Hooley, P.A., Naples, for
Appellants.

James A. Bonaquist, Jr.; John Thomas
Cardillo; and Jacquelyn A. Boudreau
of Cardillo, Keith & Bonaquist, P.A.,
Naples, for Appellee.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and CASANUEVA and ROTHSTEIN-YOUAKIM, JJ., Concur.